1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| JOSE PALACIOS,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>          Defendant. | Case No. ED CV 10-0368 JCG<br><br>**JUDGMENT** |

     IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **AFFIRMED**.


DATED: February 28, 2011.


                                        _____
                                             Hon. Jay C. Gandhi
                                        United States Magistrate Judge